UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PAMELA VANSICKLE, on behalf of herself and others similarly situated,

    Plaintiff,

v.                                    Case No: 2:15-cv-131-FtM-29MRM

PEBBLEWORKS POOL SURFACING, INC., a Florida profit corporation and CRAIG LASCOMB, individually,

    Defendants.

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's[1] Report and Recommendation (Doc. #40), filed October 15, 2015, recommending that the Joint Motion for Approval of Settlement (Doc. #39) be granted, the Settlement Agreement be approved, and the case dismissed with prejudice. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. §

---

[1] The Honorable Carol Mirando conducted the settlement conference in this case.

636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the Magistrate Judge who conducted the settlement conference between the parties and reviewed the settlement documentation.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #40) is hereby **adopted** and the findings **incorporated** herein.

2. The parties' Joint Motion for Approval of Settlement (Doc. #39) is **granted** and the Settlement Agreement (Doc. #39-1) is

approved as a fair and reasonable resolution of a bona fide dispute.

    3.    The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines and motions, and close the file.

    **DONE and ORDERED** at Fort Myers, Florida, this __15th__ day of December, 2015.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Mac R. McCoy
Hon. Carol Mirando

Counsel of Record
Unrepresented parties